**FILED**

SEP 27 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 1:22-MJ-00145-1-BAM |
| Plaintiff, ) ) | **ORDER APPOINTING COUNSEL** |
| vs. ) ) | |
| JAVIER ALONSO LOPEZ, ) ) | |
| Defendant. ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that David A. Torres be appointed to represent the above defendant in this case effective *nunc pro tunc* to September 23, 2022.

This appointment shall remain in effect until further order of this court.

DATED: 9/27/2022

HON. ERICA P. GROSJEAN
United States Magistrate Judge